**No. 39062.**—Protests 942818–G, etc., of S. S. Kresge Co. (New York).

Opinion by KEEFE, J.   It was found that the articles in question are in chief value of papier mâché similar to those the subject of *Strauss-Eckardt* v. *United States* (T. D. 48272).   The claim at 25 percent under paragraph 1403 was therefore sustained.